COMMONWEALTH of Pennsylvania,
Respondent

v.

Ronald Lee BERTRAND, Petitioner

No. 426 MAL 2017

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.